IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ADAM BLAZER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 23-cv-1343-RJD |
| WEXFORD HEALTH SOURCES, INC., | ) |
| Defendant. | ) |

**ORDER**

**DALY, Magistrate Judge:**

Plaintiff, formerly incarcerated within the Illinois Department of Corrections, filed this lawsuit pursuant to 42 U.S.C. §1983 on April 25, 2023. Doc. 1. He was released from prison in October 2023. Doc. 37. He has not filed any pleadings since then, including Responses to two Motions for Summary Judgment filed by Defendants Dodd, Loy, Martin, and Lane who were all subsequently dismissed from this case. Doc. 58.

In September 2024, Defendant Wexford Health Sources, Inc. ("Wexford") sent Plaintiff written discovery. Plaintiff never responded, and on March 31, 2025 the Court granted a Motion to Compel filed by Wexford. Doc. 61. Plaintiff did not comply with the Order compelling him to respond to Defendant's discovery. Doc. 62. On April 24, 2025, Defendant filed a Motion to Dismiss for failure to prosecute. *Id*. Six weeks later, Plaintiff has not responded to the Motion.

Federal Rule of Civil Procedure 41(b) provides that if a plaintiff fails to comply with a Court order and/or fails to prosecute his case, the Court may grant a Motion to Dismiss filed by a

party and the dismissal "operates as an adjudication on the merits."  Plaintiff failed to comply with the Court's March 6, 2025 Order and apparently has not participated in this case for nearly 20 months. Consequently, Plaintiff's claim against Wexford is DISMISSED WITH PREJUDICE. The Clerk of Court is directed to enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED:   June 5, 2025**

*s/ Reona J. Daly*
**Hon. Reona J. Daly**
**United States Magistrate Judge**